UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GARY KEMP,

                          Petitioner,            20-CV-9121 (RA)(SN)

     -against-                             **ORDER**

JOSEPH NOETH,

                          Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

On May 11, 2021, the Court received a letter from *pro se* Petitioner, dated May 4, 2021. The Court construes this letter as Petitioner's request for an extension of time to file his reply to Respondent's brief in opposition to Petitioner's amended petition for the writ of habeas corpus. Accordingly, Petitioner shall file his reply to Respondent's brief in opposition no later than June 14, 2021.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Petitioner.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      May 13, 2021
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2021