**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 6/25/2021

**GARY KEMP,**

**Petitioner,**

20-CV-9121 (RA)(SN)

-against-

**ORDER**

**JOSEPH NOETH,**

**Respondent.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

By Order on May 14, 2021, the Court extended Petitioner's time to file his reply to Respondent's brief in opposition to June 14, 2021. As of June 25, 2021, no reply has been filed. Accordingly, the matter is deemed fully briefed, and the Court will issue its recommendation in due course.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Petitioner.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 25, 2021
            New York, New York