USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GARY KEMP,

                Petitioner,         20-CV-9121 (RA)(SN)

    -against-                    **ORDER**

JOSEPH NOETH,

                Respondent.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        The Court has received Petitioner's letter, dated July 1, 2021. See ECF No. 24. The Court understands that Petitioner was unable to access the Law Library with sufficient time to file his reply by May 14, 2021. Yet the Court had extended the time for Petitioner to file his reply to June 14, 2021, by Order on May 13, 2021. ECF No. 22. Because it is unclear whether Petitioner timely received notice that the deadline to file his reply had been extended, the Court will afford Petitioner one more opportunity to file his reply in support of his petition. Accordingly, Petitioner shall file his reply no later than August 13, 2021.

        The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Petitioner.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                United States Magistrate Judge

DATED:    July 15, 2021
                New York, New York