UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GARY KEMP,

                              Petitioner,                       20-CV-09121 (RA)(SN)

        -against-                                                 **ORDER**

JOSEPH NOETH,

                              Respondent.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On July 11, 2022, Petitioner informed the Court that he has filed his CPL § 440.10 motion in state court. ECF No. 37. Petitioner shall submit proof of filing to the Court within 10 days of receipt. The case is STAYED pending the resolution of the CPL § 440.10 motion. Petitioner shall file a letter on the status of the state court proceeding every 90 days and shall inform the Court within 30 days of the resolution of the case in state court.

**SO ORDERED.**

                                                                               _____
                                                                               SARAH NETBURN
                                                                               United States Magistrate Judge

DATED:     New York, New York
                 July 14, 2022

[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED; DOC #: ___; DATE FILED: 7/14/2022]