UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GARY KEMP,

                Petitioner,            20-CV-09121 (RA)(SN)

   -against-                        **ORDER**

JOSEPH NOETH,

                Respondent.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On July 14, 2022, Petitioner was ordered to file a letter updating the Court of the status of the state court proceeding every 90 days. ECF No. 38. As of today, no such letter has been filed. Petitioner is once again ORDERED to file a letter informing the Court about the status of the proceeding no later than November 4, 2022. To the extent the Respondent has information, Respondent may also file a status letter.

**SO ORDERED.**

DATED:    New York, New York
               October 21, 2022

                                                  SARAH NETBURN
                                                  United States Magistrate Judge