**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GARY KEMP,

                                   Petitioner,

                    -against-

JOSEPH NOETH,

                                   Respondent.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2023

20-CV-09121 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On October 28, 2022, the Court ordered Petitioner to file a letter updating the Court of the status of the state court proceeding by January 25, 2023. ECF No. 42. As of today, no such letter has been filed. Petitioner is once again ORDERED to file a letter informing the Court about the status of the proceeding no later than February 14, 2023. To the extent Respondent has information, Respondent may also file a status letter.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        January 31, 2023
              New York, New York