**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/9/2023_
```

GARY KEMP,

                                        Petitioner,                          **20-CV-09121 (RA)(SN)**

                    -against-                                                **ORDER**

JOSEPH NOETH,

                                        Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Court has stayed Petitioner's habeas petition to allow him to exhaust his state court

remedies. On April 4, 2023, Petitioner sent the Court a copy of the state court's order denying his

motion to set aside his conviction on the ground that he received ineffective assistance of trial

counsel. To exhaust fully his state court remedies – and then seek federal habeas relief –

Petitioner must still seek leave to appeal this decision in the Appellate Division within 30 days of

the date of receiving the state court order. CPL § 460.10(4)(a). By no later than May 25, 2023,

Petitioner is ordered to inform the Court if he has exhausted his claim by filing a motion for

leave to appeal.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:        May 9, 2023
              New York, New York