```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GARY KEMP,

                              Petitioner,                        20-CV-09121 (RA)(SN)

      -against-                                                 **ORDER**

JOSEPH NOETH,

                              Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On May 23, 2023, Petitioner informed the Court that he filed his leave to appeal in the Appellate Division. Petitioner is directed to inform the Court when the Appellate Division has addressed his appeal.

**SO ORDERED.**

                                                                               SARAH NETBURN
                                                                               United States Magistrate Judge

DATED:      May 24, 2023
                 New York, New York