UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GARY KEMP,

                     Petitioner,                     20-CV-09121 (RA)(SN)

       -against-                                    **ORDER**

JOSEPH NOETH,

                     Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      This matter is currently stayed pending Petitioner's appeal in the Appellate Division. The parties are ordered to file a letter updating the Court on the status of that appeal by December 11, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      November 27, 2023
                 New York, New York