UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GARY KEMP,

                              Petitioner,                    20-CV-09121 (RA)(SN)

        -against-                                               **ORDER**

JOSEPH NOETH,

                              Respondent.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court amends its April 8, 2024 Order. Petitioner has advised the Court that his intention is for the Court to consider his January 17, 2024 petition along with the claims in his § 440.10 motion. Accordingly, Respondent's May 22, 2024 opposition shall address all claims in the January 17, 2024 petition and the § 440.10 motion. No further clarification is required from Petitioner. Petitioner may file a reply, if any, by June 24, 2024.

**SO ORDERED.**

                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:      April 11, 2024
                  New York, New York