UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GARY KEMP,

                            Petitioner,                        20-CV-09121 (RA)(SN)

     -against-                                        **ORDER**

JOSEPH NOETH,

                            Respondent.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Petitioner requests that the Court release him on his own recognizance pursuant to N.Y. Crim. Proc. § 530.30. That statute, however, authorizes only superior court judges to set or modify bail. Accordingly, as a U.S. magistrate judge, I lack the authority to act under the statute. Additionally, the statute applies only when "a criminal action is pending in a local criminal court." Petitioner's case, now post-conviction, is pending in an appellate court, rather than a criminal court. Accordingly, Petitioner's request is DENIED.

**SO ORDERED.**

_(signature)_
SARAH NETBURN
United States Magistrate Judge

DATED:    July 8, 2024
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2024