UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARY KEMP,

                              **Petitioner,**                    20-CV-09121 (RA)(SN)

        **-against-**                                           **ORDER**

JOSEPH NOETH,

                              **Respondent.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This matter is currently stayed pending Petitioner's § 440.10 motion in the Appellate Division. ECF No. 38. The parties are ordered to file a letter updating the Court on the status of that appeal by January 20, 2025.

Based on a search of the New York State Department of Corrections and Community Supervision ("DOCCS") database, Petitioner is no longer housed at Elmira Correctional Facility.

The Clerk of Court is respectfully requested to correct Petitioner's address on the docket to 17-A-0730, Clinton Correctional Facility, P.O. Box 2001, Dannemora, NY 12929-2000. The Clerk of Court is further directed to mail a copy of this Order to Petitioner and, when sending this Order to Petitioner, include a Notice of Change of Address form for Petitioner to confirm his current address. Petitioner should promptly complete that form and submit it to the Court. Petitioner is reminded of his obligation to keep his contact information with the Court up to date.

**SO ORDERED.**

                                                               SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     December 23, 2024
                New York, New York