UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GARY KEMP,

                              Petitioner,                              20-CV-09121 (RA)(SN)

        -against-                                                        **ORDER**

JOSEPH NOETH,

                              Respondent.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On March 10, 2025, the Court received a letter from Petitioner dated March 1, 2025. ECF No. 95. The letter requests an extension on the deadline for filing his Third Amended Petition, which is currently March 17, 2025. Petitioner's request is GRANTED, and he shall file his Third Amended Petition no later than Friday, April 11, 2025. Respondent shall file his response within 60 days of receiving Petitioner's Third Amended Petition. Petitioner shall file a reply, if any, within 45 days of receiving Respondent's brief.

      The Court acknowledges that the correctional officers' strike has impeded Petitioner's ability to access the law library. Thus, the Court is granting Petitioner 30 days from today to file his Third Amended Petition. Given the delays in this case, no further extensions will be granted.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:      March 12, 2025
                 New York, New York