```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**GARY KEMP,**

                               Petitioner,                      **20-CV-09121 (RA)(SN)**

      -against-                                                   **ORDER**

**JOSEPH NOETH,**

                               Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On March 14, 2025, the Court granted Petitioner's request for an extension of time to file his Third Amendment Petition to Friday, April 11, 2025. ECF No. 96. On March 13, 2025, Petitioner's Third Amended Petition, dated March 10, 2025, was docketed. ECF No. 97.

      Accordingly, the Court VACATES its prior order granting Petitioner's extension request. ECF No. 96. Respondent shall file his response within 60 days of Friday, March 14, 2025. Petitioner shall file a reply, if any, within 45 days of receiving Respondent's brief.

**SO ORDERED.**

                                                                _____
                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:      March 14, 2025
                   New York, New York