```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

**GARY KEMP,**

                              **Petitioner,**                    20-CV-09121 (RA)(SN)

       -against-                                        **ORDER**

**JOSEPH NOETH,**

                              **Respondent.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In a letter dated May 21, 2025, docketed May 28, 2025, Petitioner states that Respondent "failed to send petitioner a reply brief." ECF No. 104. On June 3, 2025, Respondent filed a response indicating that Petitioner was served with copies of: (1) Respondent's answer; (2) Respondent's memorandum of law; (3) copies of the unreported decisions cited in that memorandum of law; and (4) Volume II of the State Court Record. ECF No. 105. Respondent's records indicate that the Clinton Correctional Facility received the mailing on May 19, 2025, and Petitioner subsequently signed for them. Id.

      Accordingly, within one week of receiving this order, Petitioner is directed to file a letter identifying which of Respondent's filings (answer; memorandum of law; unreported decisions; Volume II of State Court Record) he has not received.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      June 4, 2025
                 New York, New York