UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GARY KEMP,

                              Petitioner,                      20-CV-09121 (RA)(SN)

    -against-                                      **ORDER**

JOSEPH NOETH,

                              Respondent.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On June 4, 2025, the Court directed Petitioner to file a letter identifying which of Respondent's filings (answer; memorandum of law; unreported decisions; Volume II of State Court Record) he has not received. Respondent has informed the Court that the filings previously mailed to Petitioner were returned due to a typographical error in Petitioner's Department Identification Number ("DIN"). Respondent has now mailed copies of the documents to Petitioner on June 11, 2025, using the correct DIN.

Accordingly, Petitioner is directed to: (1) file a letter with the Court within one week of receiving the Respondent's filing to confirm receipt, and (2) file a reply brief within 45 days of receiving Respondent's filings.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     June 12, 2025
              New York, New York