UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GARY KEMP,

                                   Petitioner,              20-CV-09121 (RA)(SN)

                -against-                                        ORDER

JOSEPH NOETH,

                                   Respondent.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On June 11, 2025, Respondent mailed his opposition brief to Petitioner using the correct Department Identification Number ("DIN"). ECF No. 107. Thereafter, the Court directed Petitioner to: (1) file a letter with the Court within one week of receiving the Respondent's papers to confirm receipt, and (2) file a reply brief within 45 days. ECF No. 108. Petitioner has not filed anything to date. The Court notes, however, that a search of the New York State Department of Corrections and Community Supervision (DOCCS) database reveals that Petitioner is no longer housed at Clinton Correctional Facility. Instead, he is now housed at Gouverneur Correctional Facility.

To avoid prejudice to Petitioner, the Court is issuing this Order and directing Petitioner to file a status letter within two weeks confirming that he received a copy of Respondent's opposition brief and related filings. If Petitioner intended to file a reply brief, he must do so by the same date or request additional time to file a reply. If Petitioner does not file a reply brief by this deadline (or an extended deadline, if granted) the Court will consider the matter fully briefed and ready for decision.

## CONCLUSION

The Clerk of Court is respectfully requested to correct Petitioner's address on the docket to 17-A-0730, Gouverneur Correctional Facility, 112 Scotch Settlement Road, P.O. Box 370, Gouverneur, NY 13642-0370. The Clerk of Court is further directed to mail a copy of this Order to Petitioner and, when sending this Order to Petitioner, include a Notice of Change of Address form for Petitioner to confirm his current address. Petitioner should promptly complete that form and submit it to the Court. Petitioner is reminded of his obligation to keep his contact information with the Court up to date.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:　　August 11, 2025
　　　　　New York, New York