```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

**GARY KEMP,**

       **Petitioner,**       **20-CV-09121 (RA)(SN)**

   -against-           **ORDER**

**JOSEPH NOETH,**

       **Respondent.**

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

  On August 11, 2025, the Court issued an Order directing Petitioner to file a status letter within two weeks of receipt confirming that he received a copy of Respondent's opposition brief and related filings. If Petitioner intended to file a reply brief, he was to do so by the date he filed a status letter. The Court also directed the Clerk of Court to amend Petitioner's mailing address to the Gouverneur Correctional Facility. As of today, the Court has not received any correspondence from Petitioner in response to the August 11, 2025 Order. Based on a search of the Department of Corrections website, it appears that Petitioner is now located at the Auburn Correctional Facility. Accordingly, within two weeks of receiving this Order, Petitioner shall: (1) file a status letter confirming that he received a copy of this Order and Respondent's opposition brief and related filing, and (2) file a reply brief, if he intended to do so.

### CONCLUSION

  The Clerk of Court is respectfully requested to correct Petitioner's address on the docket to 17-A-0730, Auburn Correctional Facility, 135 State Street, P.O. Box 618, Auburn, NY 13021. The Clerk of Court is further directed to mail to Petitioner: (1) a copy of this Order, (2) a copy of

the August 11, 2025 Order (ECF No. 110), and (3) a Notice of Change of Address form.

Petitioner should promptly complete the Notice of Change of Address and submit it to the Court.

Petitioner is reminded of his obligation to keep his contact information with the Court up to date.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 2, 2025
          New York, New York