UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GARY KEMP,

                              Petitioner,                  20-CV-09121 (RA)(SN)

      -against-                                        **ORDER**

JOSEPH NOETH,

                              Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      As of November 24, 2025, the Court has not received Petitioner's reply brief in support of his petition for a writ of habeas corpus. Accordingly, the Court will deem the petition fully briefed.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:       November 24, 2025
                 New York, New York