**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
GARY KEMP,

                    Petitioner,                    20 **CIVIL** 9121 (RA)

        -against-                       **JUDGMENT**

JOSEPH NOETH,

                    Respondent.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 20, 2026, as no objections to the Report were timely filed, the Court has reviewed Judge Netburn's Report for clear error. After careful review of the record, the Court finds no error and has thus adopted the well-reasoned Report in its entirety. The Petition is denied. The Court further certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and therefore in forma pauperis status should be denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

       April 20, 2026

                                    **TAMMI M. HELLWIG**

                                   _____

                                      **Clerk of Court**

        **BY:**               K. Mango

                                      _____

                                      **Deputy Clerk**